UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUANG, Liang<br><br>        Plaintiff,<br><br>-against-<br><br>Land of Plenty Restaurant et al<br><br>        Defendants. | Case No. 1:15-cv-2136 |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**
**PLEASE ENTER THE APPEARANCE** of Clement A. Francis, Esq. as counsel in this action on behalf of defendants. Clement Francis certifies that he is admitted to practice in this Court.

Date: February 10th, 2016

_[signature]_
Signature

Clement A. Francis   CF-5861
Print Name       Bar Number

822 Clarkson Ave., 2nd Floor,
Brooklyn, NY 11203
Office Address
(718)939-8880   (718)939-8881
Phone Number    Fax Number
clementfrancisesq@gmail.com
replaw11@gmail.com
Email Addresses